UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                                                        Case No. 8-21-bk-02095-CPM

Andrea Lee Guidry                               Chapter 13
Debtor

_____/

MOTION FOR ORDER EXTENDING TIME FOR
MORTGAGE MODIFICATION MEDIATION

The debtor, through undersigned counsel, sets forth:

1. An Order Directing Mortgage Modification Mediation was entered May 10, 2021.

2. Debtor has paid all applicable fees and uploaded all required documents.

3. The parties attended mediation and due to an anticipated significant change in debtor's finances (reduced child support payments) the parties seek to reschedule mediation.

4. Debtor seeks an extension of forty-five (45) days to allow completion of the mediation process.

WHEREFORE, debtor requests entry of an Order extending time.

                                                        /s/ Timothy M. Grogan

Date: February 6, 2022               Timothy M. Grogan
                                                          Attorney for the debtor
                                                          1023 Manatee Avenue West, Suite 310
                                                          Bradenton, FL 34205
                                                          941-773-6851
                                                          tgroganlaw@gmail.com

**PROOF OF SERVICE**

I certify that a true copy of this Motion was served via first class mail, or electronically, on the parties below, on February 6, 2022:

Melbalynn Fisher, Esq.
Ghidotti Berger LLP
attorneys for SN Servicing Corp. (Servicer for U.S. Bank Trust)
mfisher@ghidottiberger.com

Kathy Watson, Esq.
Bankruptcy Asset Manger
SN Servicing Corp.
BKNotices@snservicing.com

Jon Waage, Chapter 13Trustee

|  |  |
|---|---|
| | /s/ Timothy M. Grogan |
| Date:   February 6, 2022 | Timothy M. Grogan |
| | Attorney for the debtor |
| | 1023 Manatee Avenue West, Suite 310 |
| | Bradenton, FL 34205 |
| | 941-773-6851 |
| | tgroganlaw@gmail.com |