UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Andrea Lee Guidry

Case No. 8:21-bk-02095-CPM
Chapter 13

Debtor

_____/

## MOTION FOR RECONSIDERATION OF ORDER DISMISSING CHAPTER 13 CASE

The debtor, by and though attorney Timothy M. Grogan, sets forth:

1. An Order dismissing case was entered February 14, 2022.

2. The debtor had a temporary reduction in income and became delinquent on Plan payments (two payments were not made).

3. On the date of this motion, debtor made the regular Plan payment, and also made two (2) additional payments to cure the delinquency.

4. Upon the Chapter 13 Trustee's receipt of the payments made this date, debtor will again be current in her Plan payments.

WHEREFORE, debtor requests that the Court reinstate this Chapter 13 case.

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Motion was served on February 18, 2022 via first class mail or email, on:

    All parties on the attached matrix

Date:  February 18, 2022

Timothy M. Grogan
Attorney for the debtor
1023 Manatee Avenue West, Suite 310
Bradenton, FL 34205
941-773-6851
tgroganlaw@tampabay.rr.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:21-bk-02095-CPM<br>Middle District of Florida<br>Tampa<br>Fri Feb 18 18:47:15 EST 2022 | Andrea Lee Guidry<br>4708 36th Avenue West<br>Bradenton, FL 34209-6340 | (p)MANATEE COUNTY TAX COLLECTOR<br>1001 3RD AVE W SUITE 240<br>BRADENTON FL 34205-7871 |
| SN Servicing Corporation, as Servicer for U.<br>c/o Ghidotti Berger LLP<br>1031 North Miami Beach Blvd.<br>North Miami Beach,, FL 33162-3842 | Blake Medical Center<br>co Resurgent Capital<br>PO Box 1927<br>Greenville, SC 29602-1927 | CF Medical LLC<br>co Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Diaz Anselmo Lindberg PA<br>PO Box 19519<br>Ft. Lauderdale, FL 33318-0519 |
| Ethel Guidry<br>Michael Guidry<br>4503 Mangrove Point Road<br>Bradenton, FL 34210-2122 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Santander Consumer USA<br>Box 560284<br>Dallas, TX 75356-0284 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Bank<br>co Greg Dreilinger, Esq.<br>499 NW 70th Avenue, Ste. 309<br>Ft. Lauderdale, FL 33317-7574 | US Bank Trust NA<br>SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 |
| Timothy M Grogan +<br>1023 Manatee Avenue West, Suite 310<br>Bradenton, FL 34205-7828 | United States Trustee - TPA7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Jon Waage +<br>P O Box 25001<br>Bradenton, FL 34206-5001 |
| Kimberly McIntyre +<br>Jon M Waage Chapter 13 Trustee<br>PO Box 25001<br>Bradenton, FL 34206-5001 | Melbalynn Fisher +<br>Ghidotti & Berger LLP<br>1031 North Miami Beach Boulevard<br>North Miami Beach, FL 33162-3842 | Christophal C. K. Hellewell +<br>Ghidotti Berger, LLP<br>1031 North Miami Beach Boulevard<br>North Miami Beach, FL 33162-3842 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Manatee County Tax Collector<br>1001 3rd Ave W, Suite 240<br>Bradenton, FL 34205 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541-1067 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| U.S. Bank<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Catherine Peek McEwen<br>Tampa | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (d)Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |

End of Label Matrix
Mailable recipients    24
Bypassed recipients     3
Total                  27